IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDY JEAN KELLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | No. 3:10-cv-01041 <br><br> Judge Nixon <br> Magistrate Judge Knowles |

## ORDER

Pending before the Court is Plaintiff Brandy Jean Kelley's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 16), filed along with a Memorandum in Support (Doc. No. 17). Defendant Commissioner of Social Security filed a Response (Doc. No. 24), to which Plaintiff filed a Reply (Doc. No. 25). Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the Motion be denied (Doc. No. 26 at 31). The Report was filed on September 10, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 26ᵗʰ day of September, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT